IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SHAWN WOOD, SR.,** <br> **SHAWN WOOD, JR.,** <br> **DEBORAH WOOD,** <br> **SHARIFF WOOD,** <br> **AMEER WOOD, and** <br> **NAADIYAH WOOD,** <br> Plaintiffs, <br><br> v. <br><br> **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** <br> **ANDREW LACHOWICZ,** <br> **SEPTA Police Officer,** <br> **MATTHEW DLUGOSZ,** <br> **SEPTA Police Officer, and** <br> **CITY OF PHILADELPHIA,** <br> Defendants. | CIVIL ACTION <br><br> NO. 14-4183 |

**O R D E R**

**AND NOW**, this 5th day of May, 2016, upon consideration of Defendant's [City of Philadelphia's] Motion for Summary Judgment (Document No. 14, filed September 18, 2015); Defendants Southeastern Pennsylvania Transportation Authority, Sergeant Andrew Lachowicz, and Police Officer Matthew Dlugosz' Motion for Summary Judgment (Document No. 15, filed September 18, 2015); Plaintiffs' Answer to Defendants, Southeastern Pennsylvania Transportation Authority, Sergeant Andrew Lachowicz and Police Officer Matthew Dlugosz's Motion for Summary Judgment (Document No. 18, filed November 2, 2015); and Plaintiffs' Memorandum of Law in Support of Plaintiffs' Answer to Defendants' Motion for Summary Judgment (Document No. 19, filed November 2, 2015), for the reasons set forth in the accompanying Memorandum dated May 5, 2016, **IT IS ORDERED** as follows:

1.      Defendant's [City of Philadelphia's] Motion for Summary Judgment is **GRANTED**.

2.      Defendants Southeastern Pennsylvania Transportation Authority, Sergeant Andrew Lachowicz, and Police Officer Matthew Dlugosz' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Those parts of defendants' Motion that seeks summary judgment as to (1) Wood Jr.'s and Wood Sr.'s claims against Lachowicz in his individual capacity arising out of the automobile search; (2) Wood Jr.'s excessive-force claim against Lachowicz in his individual capacity; and (3) Wood Sr.'s excessive-force claim against Dlugosz in his individual capacity, are **DENIED**.

   b. The Motion is **GRANTED** in all other respects.

**IT IS FURTHER ORDERED** that a conference by telephone for the purpose of scheduling further proceedings will be conducted in due course.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.